*Conner, J*

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x

ELIZABETH BURBAGE,
                              Plaintiff,

            - against -

LOUIS PUBLIC COMPANY LIMITED and GROUP
VOYAGERS, INC.,
                              Defendants.

and related actions set forth below.
--------------------------------------------------------------- x

STIPULATION AND
ORDER EXTENDING
TIME TO ANSWER,
MOVE OR OTHERWISE
RESPOND FOR Δ
GROUP VOYAGERS
(WCC)(GAY)
Case No. 07 CIV. 3665
and related actions set
forth below
ECF CASES

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned

counsel for the parties that the time for defendant Group Voyagers, Inc. d/b/a Globus to

answer, move or otherwise respond to the Complaints in this action, and the additional

actions delineated below, which was originally scheduled for June 22, 2007, and

subsequently extended to July 20, 2007, is hereby further extended to and including August

3, 2007.

> Balducci v. Louis Public Company Limited, et al., 7:07-cv-3668-WCC
> Cullen v. Louis Public Company Limited, et al., 7:07-cv-3666-WCC
> Cullen v. Louis Public Company Limited, et al., 7:07-cv-3669-WCC
> De Astis v. Louis Public Company Limited, et al., 7:07-cv-3681-WCC
> Golio v. Louis Public Company Limited, et al., 7:07-cv-3673-WCC
> Horrigan v. Louis Public Company Limited, et al., 7:07-cv-3677-WCC
> La Forge v. Louis Public Company Limited, et al., 7:07-cv-3671-WCC
> Lindsay v. Louis Public Company Limited, et al., 7:07-cv-3680-WCC
> Murphy v. Louis Public Company Limited, et al., 7:07-cv-3672-WCC
> O'Malley v. Louis Public Company Limited, et al., 7:07-cv-3678-WCC
> Rizzuto v. Louis Public Company Limited, et al., 7:07-cv-3679-WCC
> Rizzuto v. Louis Public Company Limited, et al., 7:07-cv-3674-WCC
> Tomasetti v. Louis Public Company Limited, et al., 7:07-cv-3667-WCC
> Winrow v. Louis Public Company Limited, et al., 7:07-cv-3676-WCC

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be

executed in counterparts and filed with the Clerk of the Court in each of the aforementioned

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

07/20/2007 17:50 FAX 9142388544

COPIES MAILED TO COUNSEL OF RECORD for Δs
+ E-MAILED TO π COUNSEL

actions without further notice, and that signatures obtained via facsimile shall have the same

force and effect as original signatures.

Dated: July 20, 2007

LAW OFFICE OF TODD J. KROUNER          NIXON PEABODY LLP

By: _____          By: _____
    Jacqueline M. James (JJ1845)            Joseph J. Ortego (JO3839)
                                            James W. Weller (JWW0545)
                                            Scott P. Eisenberg (SE3775)
93 North Greeley Avenue, Suite 100
Chappaqua, New York 10514               50 Jericho Quadrangle, Suite 300
(914) 238-5800                          Jericho, New York 11753
                                        (516) 832-7500
Attorneys for Plaintiff
                                        Attorneys for Defendant
                                        Group Voyagers, Inc. d/b/a Globus

SO ORDERED:

_____
    William C. Conner, U.S.D.J.

dated   White Plains, NY
        July 25, 2007

-2-